UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA – WEST PALM BEACH DIVISION

CASE NO. 16-11877-PGH
CHAPTER 7

IN RE:

Edmund Arthur Strickland, Jr.,
d/b/a/ U.S. Sunshine Dental
Laboratory, Inc.,

    Debtor(s)
_____/

### STIPULATION OF DISMISSAL

**TAKE NOTICE** that the undersigned Debtor, EDMUND ARTHUR STRICKLAND, JR., &c., hereby withdraws the Petition in the above-captioned matter and voluntarily dismisses the Case in its entirety.

The Case be and hereby is dismissed in all respects, effective immediately upon the filing of this Stipulation of Dismissal.

_Edmund Arthur Strickland Jr._
EDMUND ARTHUR STRICKLAND, JR.
Debtor *Pro Se*

DATED: 21 March 2016

561-582-5532